# Court of Appeals
# of the State of Georgia

ATLANTA, <u>October 27, 2020</u>

*The Court of Appeals hereby passes the following order:*

## A20A2100. SMITH v. BORDEAUX et al.

Appellant Joseph Edward Smith has filed a motion to withdraw his appeal. Smith's motion is hereby GRANTED, and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>10/27/2020</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*